No. 561. EQUITABLE LOAN SOCIETY, INC., ET AL. *v.* BELL, SECRETARY OF BANKING, ET AL. December 16, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Griffith* v. *Connecticut,* 218 U. S. 563; *Noble State Bank* v. *Haskell,* 219 U. S. 104,

111–113; *Engel* v. *O'Malley,* 219 U. S. 128, 136–137; *Dillingham* v. *McLaughlin,* 264 U. S. 370, 374. *Mr. William A. Schnader* for appellants. *Mr. Orville J. Brown* for appellees.